# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

In Re: ZACHARY B. COUGHLIN )   AD-2015-0009
Attorney at Law )
Bar No. 9473 )   **ORDER TO SHOW CAUSE**
)

Pursuant to the order filed in the Supreme Court of the State of Nevada on June 18, 2015, transferring attorney Zachary B. Coughlin to disability inactive status, and good cause appearing,

**IT IS HEREBY ORDERED** that ZACHARY B. COUGHLIN, Nevada State Bar No. 9473, is immediately placed in a disability inactive status in this Court.

Mr. Coughlin shall have **thirty (30) days** from receipt of this Order to Show Cause to demonstrate why this Court should not extend this action indefinitely until the Nevada State Bar adjusts counsel's status.

**DATED** this 4th day of August, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 5TH day of August, 2015, I caused to be served a true and correct copy of the foregoing **ORDER TO SHOW CAUSE** on the following party via **Certified Mail, Return Receipt Requested** through the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

Zachary B. Coughlin
945 W. 12th Street
Reno, NV 89503

**Certified Mail No:**

7014 2870 0001 8546 4663

Shelly Denson, Deputy Clerk
United States District Court,
District of Nevada

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

| Postage | $ | |
|---|---|---|
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

7014 2870 0001 8546 4663

Sent To
Street & Apt. No., or PO Box No.
City, State, ZIP+4

Zachary B. Coughlin
945 W. 12th Street
Reno, NV 89503

PS Form 3800, July

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Zachary B. Coughlin
945 W. 12th Street
Reno, NV 89503

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): DALE URAVICH
C. Date of Delivery: AUG 07 2015

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7014 2870 0001 8546 4663

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540